KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TIMOTHY J. GRANT,                      )
                                       )
              Plaintiff,               )
                                       )
vs.                                    )    Case No. 18-CV-_____
                                       )
CIVICPLUS, INC.,                       )
                                       )
              Defendant.               )
                                       )

## COMPLAINT

Plaintiff, Timothy Grant a/k/a Tim Grant ("Tim"), for his cause of action against Defendant, CivicPlus, Inc. ("CivicPlus"), states and alleges as follows:

**Parties**

1. Tim is a resident of the State of Kansas, Riley County.

2. CivicPlus is a Kansas for-profit corporation and may be served with process via its resident agent, Ward Morgan, at 302 South Fourth Street Suite 500, Manhattan, Kansas 66502.

**Jurisdiction**

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

**Venue**

4. Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5. Tim is a 54-year old man and a veteran of the United States Military.

6. Tim was hired by CivicPlus in 2014.

7. Tim was the Director of Sales for the company during the majority of his employment with CivicPlus.

8. Since 2014, Tim has grown his department by adding sales representatives and support staff. In late 2015, Tim took over the Business Development Team and in or about April 2016, Tim was assigned the Account Management Team.

9. During Tim's employment he oversaw the two largest sales in company history.

10. During Tim's employment company sales grew; there were also company records for sales set in 2015, 2016, 2017 and January and February of 2018.

11. Tim received annual pay increases in 2015, 2016, 2017 and a $5,000 per year increase in January of 2018.  He also received deferred stock compensation in 2017 and 2018.

12. Tim has never received meaningful criticism, nor did he ever receive any disciplinary actions from CivicPlus.

13. CivicPlus posted for and interviewed for a Vice-President of Sales and Marketing position, which Tim was interested in applying for.  Tim was told not to apply by Brian Rempe, President of the company.

14. CivicPlus interviewed experienced candidates for the new Vice-President position but hired a Vice-President of Sales position without opening the position, even though this was

essentially the job Tim was performing. CivicPlus instead hired a younger, less experienced, individual for the Vice-President of Sales. The managers that would be working under the new Vice-President of Sales and Marketing voted against the younger applicant and expressed their preference for an older applicant with more experience. The managers found out later that a Vice-President of Sales had been hired, not the position they had interviewed.

15. CivicPlus offered the new Vice-President, Jeff Logan ("Jeff"), a significantly higher salary than Tim. Since Jeff's hiring, he has been taking over the duties previously performed by Tim.

16. Jeff has since made comments and mentioned that there needed to be "new blood" in the building.

17. On Friday, March 2, 2018, Jeff presented Tim with a Performance Improvement Plan, despite never mentioning to Tim that his work was not meeting the expectations of CivicPlus. In fact, on March 1, 2018, the company announced record setting production for both January and February under Tim's leadership. This performance combined with the salary increases and deferred compensation awards are contrary to the Performance Improvement Plan and notion that Tim was underperforming.

18. On March 2, 2018, after Jeff presented Tim with the Performance Improvement Plan, CivicPlus presented a proposed severance agreement containing several terms, including a $50,000.00 severance payment. Tim refused to sign the proposed agreement and was terminated by CivicPlus.

19. Tim has suffered damages as a result of CivicPlus' actions including, but not limited to, lost income and benefits.

20. Tim has exhausted his administrative remedies.

**Theories of Recovery**

## COUNT I

## AGE DISCRIMINATION

21.     Tim realleges and incorporates herein the allegations contained in paragraphs 1 through 20 above.

22.     Tim has been subjected to unlawful discrimination based on his age in violation of the Age Discrimination in Employment Act for which he is entitled to damages.

WHEREFORE, Tim requests that the Court enter judgment in his favor and against CivicPlus in an amount in excess of $75,000.00; that the costs of this action, including reasonable attorney fees, be assessed against CivicPlus; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

Dated: August __, 2018.

                                                  RESPECTFULLY SUBMITTED,

                                                  /s/   Larry G. Michel
                                                  Larry G. Michel   #14067
                                                  KENNEDY BERKLEY YARNEVICH
                                                  & WILLIAMSON, CHARTERED
                                                  119 West Iron Avenue, 7th Floor
                                                  P.O. Box 2567
                                                  Salina, KS  67402-2567
                                                  (785) 825-4674 [Telephone]
                                                  (785) 825-5936 [Fax]
                                                  lmichel@kenberk.com
                                                  ATTORNEY FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

      /s/  Larry G. Michel
      Larry G. Michel

## **DESIGNATION OF PLACE OF TRIAL**

Pursuant to D.Kan. Rule 40.2, Plaintiff designates Topeka, Kansas as the place of Trial.

      /s/   Larry G. Michel
      Larry G. Michel